In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00463-CV
_____

TEXAS DEPARTMENT OF TRANSPORTATION, Appellant

V.

TINA CASH, Appellee

On Appeal from the 88th District Court
Hardin County, Texas
Trial Cause No. 48295

ORDER

After submission of the appeal, it came to the attention of the Court that one of the orders in this case is unsigned. In response to our inquiry, the parties agreed the appropriate response would be abatement of the appeal and remand for the trial court to sign a written order denying the plea to the jurisdiction.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for further proceedings. All appellate timetables are suspended while the trial court retains jurisdiction over the case. A supplemental

1

clerk's record containing the trial court's written ruling on the plea to the jurisdiction shall be filed with the Court of Appeals by March 25, 2013. If an order ruling on the plea to the jurisdiction is not signed within thirty days of today, this order of abatement will be withdrawn and the appeal shall proceed as though the trial court had not signed an appealable order concerning the plea to the jurisdiction.

ORDER ENTERED February 21, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.